# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN EDWARD PARKER,

    Plaintiff,

v.                                    CASE NO. 4:18cv436-RH/GRJ

DR. A. CORTES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5. I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff included in his complaint untrue statements about prior lawsuits and has at least three "strikes" under 28 U.S.C. § 1915(g). The plaintiff has not adequately alleged that he is in imminent danger of serious physical injury. Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on December 1, 2018.

s/Robert L. Hinkle  
United States District Judge